# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: NYGAARD, CHARLES EDWARD                  §   Case No. 09-75098
       NYGAARD, KATHLEEN ELLEN                    §
       KEN'S HUB CITY CYCLE & FITNESS            §
Debtor(s) KEN'S HUB CITY CYCLE & FITNESS        §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $527,835.00                  Assets Exempt: $41,995.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,230.48     Claims Discharged
                                               Without Payment: $10,364.03

Total Expenses of Administration: $3,231.71

3) Total gross receipts of $   9,462.19   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $9,462.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $448,600.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,231.71 | 3,231.71 | 3,231.71 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 35,210.00 | 16,594.51 | 16,594.51 | 6,230.48 |
| **TOTAL DISBURSEMENTS** | $483,810.00 | $19,826.22 | $19,826.22 | $9,462.19 |

4)  This case was originally filed under Chapter 7 on November 17, 2009.
. The case was pending for 11 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/27/2010_____   By:_ /s/BERNARD J. NATALE_____
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estimate of 2009 prorated tax refund | 1129-000 | 9,460.00 |
| Interest Income | 1270-000 | 2.19 |
| **TOTAL GROSS RECEIPTS** | | **$9,462.19** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Byron Bank | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| 6 | John Bearrows | 4120-000 | 160,000.00 | N/A | N/A | 0.00 |
| 7 | Lincoln State Bank | 4110-000 | 234,000.00 | N/A | N/A | 0.00 |
| 8 | Lincoln State Bank | 4210-000 | 3,000.00 | N/A | N/A | 0.00 |
| 9 | Ogle County Collector | 4110-000 | 1,600.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$448,600.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 17.65 | 17.65 | 17.65 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,510.50 | 1,510.50 | 1,510.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,696.09 | 1,696.09 | 1,696.09 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 7.47 | 7.47 | 7.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,231.71 | 3,231.71 | 3,231.71 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Columbia Sportswear | 7100-000 | N/A | 7,704.61 | 7,704.61 | 2,892.73 |
| 2 | Screen Vision | 7100-000 | N/A | 1,600.00 | 1,600.00 | 600.73 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 5,084.29 | 5,084.29 | 1,908.92 |
| 4 | GE Money Bank dba CARECREDIT/GEMB | 7100-000 | N/A | 2,205.61 | 2,205.61 | 828.10 |
| 10 | Advanced Sports | 7100-000 | 7,220.00 | N/A | N/A | 0.00 |
| 11 | Byron Bank | 7100-000 | 3,675.00 | N/A | N/A | 0.00 |
| 12 | Byron Bank | 7100-000 | 3,800.00 | N/A | N/A | 0.00 |
| 13 | Byron Bank | 7100-000 | 5,700.00 | N/A | N/A | 0.00 |
| 14 | Cannondale Bicycle Corp | 7100-000 | 1,630.00 | N/A | N/A | 0.00 |
| 15 | Cannondale Sports Group | 7100-000 | 3,330.00 | N/A | N/A | 0.00 |
| 16 | Capital One | 7100-000 | 4,175.00 | N/A | N/A | 0.00 |
| 17 | Capital One | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| 18 | Comcast | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| 19 | Home Pages | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| 20 | HSBC Retail Services | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| 21 | Per Mar | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 22 | Query Insurance | 7100-000 | 730.00 | N/A | N/A | 0.00 |
| 23 | Rochelle Newsleader | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| 24 | Sauk Valley Newspaper | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| 25 | Verizon | 7100-000 | 120.00 | N/A | N/A | 0.00 |
| 26 | WRHL Radio | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 35,210.00 | 16,594.51 | 16,594.51 | 6,230.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75098
**Case Name:** NYGAARD, CHARLES EDWARD
NYGAARD, KATHLEEN ELLEN
**Period Ending:** 10/27/10

**Trustee:**  (330370)   BERNARD J. NATALE
**Filed (f) or Converted (c):** 11/17/09 (f)
**§341(a) Meeting Date:** 12/17/09
**Claims Bar Date:**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | single family residence located at 1124, Court, | 225,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Land contract for purchase of commercial, locate | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | savings Lincoln State Bank | 5.00 | 0.00 | DA | 0.00 | FA |
| 5 | checking Lincoln State Bank | 5.00 | 0.00 | DA | 0.00 | FA |
| 6 | savings Alliant Credit Union | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | checking First National Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 4 beds, 4 dressers, 4 sofas, 8 chairs, 3 tvs, 2 | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | video tapes, dvds and cds with estimated retail | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | clothing with estimated retail value of $500.00 | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | jewelry with estimated retail value of $4000.00 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | 5 bikes with estimated retail value of $3000.00 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | golf clubs with estimated retail value of $20.00 | 5.00 | 0.00 | DA | 0.00 | FA |
| 14 | camera with estimated retail value of $50.00 | 25.00 | 0.00 | DA | 0.00 | FA |
| 15 | execise equipment with estimated retail value of | 25.00 | 0.00 | DA | 0.00 | FA |
| 16 | camping gear with estimated retail value of $400 | 200.00 | 160.00 | DA | 0.00 | FA |
| 17 | drum set with estimated retail value of $200.00 | 100.00 | 100.00 | DA | 0.00 | FA |
| 18 | Life insurance with death benefit only. | 0.00 | 0.00 | DA | 0.00 | FA |
| 19 | Life insurance through Mutual of New York (Wife | 5,000.00 | 5,000.00 | DA | 0.00 | FA |
| 20 | Life insurance through Globe Life (Wife is benef | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 21 | IRA | 11,000.00 | 10,900.00 | DA | 0.00 | FA |
| 22 | 401(k) | 94,000.00 | 93,900.00 | DA | 0.00 | FA |
| 23 | 100% Outstanding Shares of Alvasa, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | US Savings Bonds | 500.00 | 500.00 | DA | 0.00 | FA |
| 25 | Estimate of 2009 prorated tax refund | 8,000.00 | 9,640.00 | | 9,460.00 | FA |
| 26 | 2004 Honda Accord dealer retail value $7800.00 | 7,000.00 | 4,600.00 | DA | 0.00 | FA |
| 27 | 1998 Chrysler Town & Country van subject to secu | 500.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75098

**Trustee:**    (330370)    BERNARD J. NATALE

**Case Name:**    NYGAARD, CHARLES EDWARD

**Filed (f) or Converted (c):** 11/17/09 (f)

NYGAARD, KATHLEEN ELLEN

**§341(a) Meeting Date:**    12/17/09

**Period Ending:** 10/27/10

**Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 28 | Business equipment owned by Alvasa, Inc.: fax ma | Unknown | 0.00 | DA | 0.00 | FA |
| 29 | work tools with estimated retail value of $200.0 | 100.00 | 0.00 | DA | 0.00 | FA |
| 30 | Hand and power tools with estimated retail value | 70.00 | 70.00 | DA | 0.00 | FA |
| 31 | lawn mower and snow blower with estimated retail | 200.00 | 200.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.19 | FA |
| **32** | **Assets**      **Totals** (Excluding unknown values) | **$535,835.00** | **$127,070.00** | | **$9,462.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee investigating pursuing possible non-exempt tax refund.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    June 17, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-75098

**Case Name:** NYGAARD, CHARLES EDWARD
NYGAARD, KATHLEEN ELLEN

**Taxpayer ID #:** **-***3893

**Period Ending:** 10/27/10

**Trustee:** BERNARD J. NATALE (330370)

**Bank Name:** The Bank of New York Mellon

**Account:** 9200-******69-65 - Money Market Account

**Blanket Bond:** $552,000.00  (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/12/10 | {25} | Kathleen Nygaard | Pymt of Tax Refund | 1129-000 | 9,460.00 | | 9,460.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.32 | | 9,460.32 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.56 | | 9,460.88 |
| 06/03/10 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-75098, BOND #016018067 | 2300-000 | | 7.47 | 9,453.41 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.55 | | 9,453.96 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.56 | | 9,454.52 |
| 08/12/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.20 | | 9,454.72 |
| 08/12/10 | | To Account #9200******6966 | Transfer for Final Distributions | 9999-000 | | 9,454.72 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 9,462.19 | 9,462.19 | $0.00 |
| Less: Bank Transfers | 0.00 | 9,454.72 |
| Subtotal | 9,462.19 | 7.47 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $9,462.19 | $7.47 |

{} Asset reference(s)

Printed: 10/27/2010 12:02 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-75098 | |
| **Case Name:** NYGAARD, CHARLES EDWARD | |
| NYGAARD, KATHLEEN ELLEN | |
| **Taxpayer ID #:** \*\*-\*\*\*3893 | |
| **Period Ending:** 10/27/10 | |

| | |
|---|---|
| **Trustee:** | BERNARD J. NATALE (330370) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-\*\*\*\*\*\*69-66 - Checking Account |
| **Blanket Bond:** | $552,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/12/10 | | From Account #9200\*\*\*\*\*\*6965 | Transfer for Final Distributions | 9999-000 | 9,454.72 | | 9,454.72 |
| 08/12/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,696.09, Trustee Compensation;  Reference: | 2100-000 | | 1,696.09 | 7,758.63 |
| 08/12/10 | 102 | Columbia Sportswear | Distribution paid  37.54% on $7,704.61; Claim# 1; Filed: $7,704.61; Reference: | 7100-000 | | 2,892.73 | 4,865.90 |
| 08/12/10 | 103 | Screen Vision | Distribution paid  37.54% on $1,600.00; Claim# 2; Filed: $1,600.00; Reference: | 7100-000 | | 600.73 | 4,265.17 |
| 08/12/10 | 104 | Chase Bank USA, N.A. | Distribution paid  37.54% on $5,084.29; Claim# 3; Filed: $5,084.29; Reference: | 7100-000 | | 1,908.92 | 2,356.25 |
| 08/12/10 | 105 | GE Money Bank dba CARECREDIT/GEMB | Distribution paid  37.54% on $2,205.61; Claim# 4; Filed: $2,205.61; Reference: | 7100-000 | | 828.10 | 1,528.15 |
| 08/12/10 | 106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,528.15 | 0.00 |
| | | | Dividend paid 100.00%            1,510.50 on $1,510.50;  Claim# ATTY; Filed: $1,510.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%              17.65 on $17.65;  Claim# EXP; Filed: $17.65 | 3120-000 | | | 0.00 |

| | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,454.72 | 9,454.72 | **$0.00** |
| Less: Bank Transfers | 9,454.72 | 0.00 | |
| **Subtotal** | 0.00 | 9,454.72 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,454.72** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-\*\*\*\*\*\*69-65** | 9,462.19 | 7.47 | 0.00 |
| **Checking # 9200-\*\*\*\*\*\*69-66** | 0.00 | 9,454.72 | 0.00 |
| | **$9,462.19** | **$9,462.19** | **$0.00** |

{} Asset reference(s)

Printed: 10/27/2010 12:02 PM    V.12.54